# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| **Mathew Rissanen,** | **Civil No. 04-1441 (RHK/RLE)** |
| **Plaintiff,** | |
| vs. | |
| **William Palmer, acting in his individual capacity as a Minneapolis police officer; and the City of Minneapolis,** | **ORDER FOR DISMISSAL OF CLAIMS AGAINST THE CITY OF MINNEAPOLIS** |
| **Defendants.** | |

---

The above-captioned matter having come on before the Court on the Stipulation of the parties for dismissal of the City of Minneapolis as a Defendant, the Court hereby **ORDERS** the case dismissed as to Defendant City of Minneapolis with prejudice and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: May 13, 2005    s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge