# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mathew Rissanen, | Civil No. 04-1441 (RHK/RLE) |
| Plaintiff, | **ORDER** |
| vs. | |
| William Palmer, acting in his individual capacity as a Minneapolis police officer; and the City of Minneapolis, | |
| Defendants. | |

For the reasons stated by the Court at the October 24, 2005 hearing on several pretrial motions filed by the parties, said motions are resolved as follows:

1. Defendant Palmer's Motion in Limine (Doc. No. 53) to "preclude any testimony concerning any other incidents or lawsuits involving Officer Palmer and excessive force allegations or claims" and to "exclude all evidence related to his psychological records or other medical records," is **GRANTED**;

2. Defendant Palmer's Motion in Limine (Doc. No. 62) to "preclude Plaintiff from admitting any type of expert testimony because Plaintiff has failed to comply with Federal Rule of Civil Procedure 26(a)(2)(B)," which is not opposed by Plaintiff, is **DENIED AS MOOT**; and

3. Defendant Palmer's Motion to Bifurcate (Doc. No. 58) is **DENIED**.

Dated: October 25, 2005

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge