UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mathew Rissanen,

          Plaintiff,

vs.

William Palmer, acting in his individual
capacity as a Minneapolis police officer,

          Defendant.

Case No. 04-CV-1441 (RHK/RLE)

**ORDER**

---

Based on the Stipulation of Dismissal With Prejudice, having been presented to the Court on behalf of the above parties:

**IT IS HEREBY ORDERED** that the above-entitled action against Officer William Palmer in his official and individual capacity, and all other persons, are **DISMISSED WITH PREJUDICE** and on the merits and without costs, attorney's fees or disbursements to any party, pursuant to Minn. Stat. § 66.08.

**LET JUDGMENT OF DISMISSAL BE ENTERED ACCORDINGLY**.

Dated:  December 15, 2005

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge